**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**MELANIE KIRK**                                                                **PLAINTIFF**

**V.**                                                                   **NO. 2:11cv213-WAP-JMV**

**MICHAEL J. ASTRUE**                                              **DEFENDANT**

**ORDER**

Before the court is the application of Melanie Kirk for leave to proceed in this action filed pursuant to 42 U.S.C. § 405(g) without prepayment of costs or giving security therefor (# 3). Having reviewed Ms. Kirk's application, however, the court finds that it is incomplete. Specifically, the application, which states that it is made under penalty of perjury, does not include the signature of the applicant. Accordingly, it is ordered, that the applicant shall have until November 14, 2011 to file an amended application or risk having this case dismissed.

**SO ORDERED** this 1st day of November, 2011.

                                                                 **/s/ Jane M. Virden**
                                                                 **U. S. MAGISTRATE JUDGE**