**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**MELANIE KIRK**                                                                                   **PLAINTIFF**

**V.**                                            **NO. 2:11cv213-GHD-JMV**

**MICHAEL J. ASTRUE**                                      **DEFENDANT**

**SHOW CAUSE ORDER**

By Order (# 12) dated January 26, 2012, the claimant was directed to file her brief in support of the complaint within 30 days. The deadline for the filing of the claimant's brief has now expired, and the claimant has yet to file a brief. Nor has there been any request by the claimant for an extension.

THEREFORE, IT IS ORDERED that within fourteen (14) days of this date, the claimant shall show cause why this case should not be dismissed for failure to obey an order of the court and for failure to prosecute.

This 26th day of March, 2012.

                                                 /s/ Jane M. Virden
                                                 UNITED STATES MAGISTRATE JUDGE