IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MELANIE KIRK                                                     PLAINTIFF

V.                                                  NO. 2:11cv213-GHD-JMV

MICHAEL J. ASTRUE                                   DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated June 12, 2012, was on that date duly served upon the *pro se* Plaintiff and counsel for the Commissioner of Social Security; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated June 12, 2012, is hereby approved and adopted as the opinion of the Court.

2. That the Complaint herein is **DISMISSED with prejudice** for the Plaintiff's failure to prosecute and for the Plaintiff's failure to obey an Order of the Court.

THIS, the 5 day of July, 2012.

/s/ Glen H. Davidson
SENIOR JUDGE